UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| Jason Yerk, an individual, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| People for the Ethical Treatment | ) | |
| of Animals, a Virginia not-for-profit | ) | Civil Action No.: 2:09-cv-00537-JES-SPC |
| corporation | ) | |
| | ) | |
| Defendant | ) | |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS**

I hereby disclose the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of person, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action - including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

   **Jason Yerk**
   **Vernis & Bowling of Broward, P.A.**
   **Jose P. Font, Esq.**
   **Evan A. Zuckerman, Esq.**
   **Vernis & Bowling of Clearwater, P.A.**
   **Christopher Blain, Esq.**

   **People for the Ethical Treatment of Animals, Inc.**
   **Philip Jay Hirschkop, Esq.**
   **Hirschkop & Associates, P.C.**

*Yerk v. People for the Ethical Treatment of Animals, Inc.*
*Case No.*:2:09-cv-00537-JES-SPC
Page 2

2. The name of every other entity whose publicly-traded stock, equity or debt may be substantially affected by the outcome of the proceedings:

    **None.**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    **Lee County Sheriff's Office.**

4. The name of each victim (individual and corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    **Jason Yerk.**

I hereby certify that, except as disclosed above, I am unaware of any potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict. I further certify that I have inserted "None" if there is no actual or potential conflict of interest.

/s/
Jose P. Font, Esq.

Vernis & Bowling of Broward, P.A.
5821 Hollywood Blvd., First Floor
Hollywood, FL 33021
Tel: (954) 927-5330
Fax: (954) 927-5320

*Yerk v. People for the Ethical Treatment of Animals, Inc.*
Case No.:2:09-cv-00537-JES-SPC
Page 3

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the Plaintiff's Certificate of Interested Parties and Corporate Disclosure Statement was served via US Mail on September 29, 2009 on Philip Jay Hirschkop, Esq., Hirschkop & Associates, P.C., Suite 200, 908 King Street, Alexandria, VA 22314.

Vernis & Bowling of Broward, P.A.
5821 Hollywood Blvd., First Floor
Hollywood, FL 33021
Tel: (954) 927-5330
Fax: (954) 927-5320

By: _____/s/_____
Jose P. Font, Esq.
Florida Bar No.: 0738719