UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JASON YERK,

        Plaintiff,

-vs-                                        Case No. 2:09-cv-537-FtM-29SPC

PEOPLE for the ETHICAL TREATMENT of
ANIMALS, a Virginia not-for-profit corporation,

        Defendant.
_____

**ORDER**

This matter comes before the Court on the Plaintiff's Verified Motion for Substitution of Counsel (Doc. #7) filed on September 29, 2009. Mr. Jose P. Font, Esq., and his co-counsel, Mr. Evan A. Zuckerman, Esq., of the law firm Vernis & Bowling of Broward, P.A., seek to substitute as Counsel of record in the place of Christopher Blain, Esq., of the law firm Vernis & Bowling of Clearwater, P.A. As grounds, Counsel indicates Attorney Blain filed the Complaint on Plaintiff's behalf in order to allow time for Attorneys Font and Zuckerman to become admitted to the Middle District of Florida. On September 8, 2009, Counsel were sworn into the Middle District of Florida as members, therefore, the services of Christopher Blain, Esq., are no longer necessary.

"Pursuant to this Court's Local Rule 2.03, United States District Court, Middle District of Florida, an attorney who wishes to withdraw from a case must obtain written leave of Court after giving ten (10) days notice to the party or client affected thereby, and to opposing counsel." Eidson v. Arenas, 910 F. Supp. 609, 614-615 (M.D. Fla. 1995). In this case, Counsel certifies that proper notification was given to both opposing Counsel and the client pursuant to Local Rule 2.03.

Therefore, having considered the motion, the Court finds good cause and will grant substitution of Counsel.

Accordingly, it is now

**ORDERED:**

(1)   The Plaintiff's Verified Motion for Substitution of Counsel (Doc. #7) is **GRANTED**. Christopher Blain, Esq., of the law firm Vernis & Bowling of Clearwater, P.A. shall be removed as Counsel of record and bear no further responsibility in this matter.

(2)   Mr. Jose P. Font, Esq., and his co-counsel, Mr. Evan A. Zuckerman, Esq., of the law firm Vernis & Bowling of Broward, P.A., shall be designated Counsel of record on behalf of the Plaintiff.

**DONE AND ORDERED** at Fort Myers, Florida, this __6th__ day of October, 2009.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record