IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

JASON YERK, :
:
    Plaintiff, :
:
v. : Case No. 2:09-cv-00537-JES-SPC
:
PEOPLE FOR THE ETHICAL :
TREATMENT OF ANIMALS, :
a Virginia not-for-profit corporation, :
:
    Defendant. :
_____:

**CERTIFICATE OF INTERESTED PERSONS**

Defendant, People for the Ethical Treatment of Animals ("PETA"), hereby discloses the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    Jason Yerk
    Jose P. Font, Esq.
    Evan A. Zuckerman, Esq.
    Vernis & Bowling of Broward, P.A.
    People for the Ethical Treatment of Animals, a not-for-profit corporate party
    Philip J. Hirschkop, Esq.
    Hirschkop & Associates, P.C.
    Robert D. Hall, Jr., P.A., Partner
    Ford & Harrison LLP

2.      The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None

3.      The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None

4.      The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution.

Plaintiff Jason Yerk alleges damages.  Defendant PETA seeks recovery of its attorneys fees and costs.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.  I further certify that I have inserted "None" if there is no actual or potential conflict of interest.

Respectfully submitted,

FORD & HARRISON LLP


By:   <u>s/ Robert D. Hall, Jr.</u>
      Robert D. Hall, Jr., P.A., Partner
      Florida Bar No. 186760
      rhall@fordharrison.com

For the firm

101 East Kennedy Boulevard, Suite 900
Tampa, Florida 33602-5133
Telephone: (813) 261-7800
Facsimile: (813) 261-7899


**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on November 16, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to:

    Jose P. Font
    Evan A. Zuckerman
    Vernis & Bowling of Broward, P.A.
    First Floor
    5821 Hollywood Blvd.
    Hollywood, FL 33021


        <u>s/ Robert D. Hall, Jr.</u>
        Attorney

TAMPA:276266.1