# Office of the Sheriff
14750 Six Mile Cypress Parkway
Fort Myers, FL 33912



# Lee County, Florida
(239) 477-1000

## Public Information Request Invoice

**Invoice Number:** 3099
**Invoice Date:** Tuesday, October 27, 2009

**Requested by:**
Law Offices of Ford and Harrison
101 East Kennedy Blvd. Suite 900
Tampa FL 33602-5133
(813) 261-7800

**Request Date:** 10/09/09
**Contact Name:**
**Contact Number:**
**Ext:**
**Requested Of:**

|  | Quantity | Amount |
|---|---|---|
| # Pages @ $.15: | 73.00 | $10.95 |
| Number of Hours @ $18.20: | 2.50 | $45.50 |
| Supplies 1: CD | 1.00 | $5.00 |
| Supplies 2: |  | $0.00 |
| Supplies 3: |  | $0.00 |
| Postage: |  | $1.50 |
|  | **Total Bill:** | **$62.95** |

| | |
|---|---|
| Amount Paid: | 62.95 |
| Pay Date: | 10/22/09 |
| Status: | Completed |
| Authorizing Person: | Janie Boyd |

### Description of Request:
LCSO Operations Manual for 2008 and 2009-I.A 2008-## any and all information pertaining to this IA - Jason Yerk's resignation letter-E-mails to/from PETA

*[handwritten: Ck# 5579 $250.00 10/22/09 $920 will be sent to you.]*

Printed 10/27/09 12:40 pm

# Office of the Sheriff

14750 Six Mile Cypress Parkway  
Fort Myers, FL 33912



# Lee County, Florida
(239) 477-1000

## Public Information Request Invoice

**Invoice Number:** 3100  
**Invoice Date:** Tuesday, October 27, 2009

**Requested by:**  
Law Offices of Ford and Harrison  
101 East Kennedy Blvd. Suite 900  
Tampa FL 33602-5133  
(813) 261-7800

**Request Date:** 10/22/09  
**Contact Name:**  
**Contact Number:**  
**Ext:**  
**Requested Of:**

|  | Quantity | Amount |
|---|---|---|
| # Pages @ $.15: | 241.00 | $36.15 |
| Number of Hours @ $18.20: | 3.50 | $63.70 |
| Supplies 1: CD | 1.00 | $5.00 |
| Supplies 2: |  | $0.00 |
| Supplies 3: |  | $0.00 |
| Postage: |  | $3.00 |
|  | **Total Bill:** | **$107.85** |

| | |
|---|---|
| Amount Paid: | 107.85 |
| Pay Date: | 10/22/09 |
| Status: | Completed |
| Authorizing Person: | Janie Boyd |

**Description of Request:**

I.A. 2008-42 for Travis Jelly any and all information pertaining to this IA.

Personnel file for Jason Yerk

Response to request for all PETA emails.

Printed 10/27/09 01:45 pm