IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

JASON YERK,

       Plaintiff,

v.

PEOPLE FOR THE ETHICAL
TREATMENT OF ANIMALS,
a Virginia not-for-profit corporation,

       Defendant.

Case No. 2:09-cv-00537-JES-SPC

## DEFENDANT'S RESPONSE TO PLAINTIFF'S
## REQUEST FOR TELEPHONIC ORAL ARGUMENT

Defendant hereby responds to Plaintiff's Request for Telephonic Oral Argument and states:

1. Plaintiff seeks telephonic argument (from Hollywood, Florida) on Defendant's Motion To Dismiss Or, In The Alternative, For Summary Judgment (see Doc. 15, 24, 27) filed November 9, 2009.

2. Local Rule 3.01(j) provides that such a request shall accompany the motion or opposition. As with Plaintiff's delay in violation of other requirements (see Doc. 6, 30), Plaintiff failed to comply with this requirement.

3. On March 31, 2010, Defendant filed an intervening Motion for Summary Judgment Based Upon Judicial Estoppel (Doc. 37) which shows that this action is barred from proceeding under Eleventh Circuit precedent. *See Robinson v. Tyson Foods, Inc.*, 595 F.3d 1269 (11th Cir. 2010); *DeLeon v. Comcar Indus., Inc.*, 321 F.3d 1289 (11th Cir. 2003).

4.      Because Plaintiff failed to comply with the Local Rule and his belated request comes at a time when an intervening motion shows that Plaintiff's action is clearly barred and there is nothing to suggest that a telephone hearing will assist in resolution of the motion to dismiss, the request for telephonic oral argument is without basis and should be denied.

Respectfully submitted,

FORD & HARRISON LLP

By:   s/ Robert D. Hall, Jr.
      Robert D. Hall, Jr.
      Florida Bar No. 186760
      rhall@fordharrison.com

      For the firm

      101 East Kennedy Boulevard
      Suite 900
      Tampa, Florida 33602-5133
      Telephone: (813) 261-7800
      Facsimile: (813) 261-7899

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 5, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to:

Jose Font
Evan A. Zuckerman
Vernis & Bowling of Broward, P.A.
First Floor
5821 Hollywood Blvd.
Hollywood, FL 33021

s/ Robert D. Hall, Jr.
Attorney

TAMPA:283234.1