IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

JASON YERK,

      Plaintiff,

v.   Case No. 2:09-cv-00537-JES-SPC

PEOPLE FOR THE ETHICAL
TREATMENT OF ANIMALS,
a Virginia not-for-profit corporation,

      Defendant.

## DEFENDANT'S NOTICE OF FILING CERTIFIED COPIES OF EXHIBITS TO MOTION FOR SUMMARY JUDGMENT BASED UPON JUDICIAL ESTOPPEL

Defendant hereby respectfully gives notice of the filing of certified copies of the following documents filed in Case No. 9:09-bk-01818-ALP (M.D. Fla.): Doc. 1, Voluntary Petition; Doc. 27, Debtor's Amendment to Form B22C/Means Test; Doc. 28, Order Confirming Plan. Copies of these documents are attached as Exhibits 1, 2 and 3, subject to judicial notice, to Defendant's Motion for Summary Judgment Based Upon Judicial Estoppel (Doc. 37).

Respectfully submitted,

FORD & HARRISON LLP


By: s/ Robert D. Hall, Jr.
Robert D. Hall, Jr.
Florida Bar No. 186760
rhall@fordharrison.com

For the firm

101 East Kennedy Boulevard
Suite 900
Tampa, Florida 33602-5133
Telephone: (813) 261-7800
Facsimile: (813) 261-7899


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 9, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to:

Jose Font
Evan A. Zuckerman
Vernis & Bowling of Broward, P.A.
First Floor
5821 Hollywood Blvd.
Hollywood, FL 33021


s/ Robert D. Hall, Jr.
Attorney

TAMPA:283397.1