IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| JASON YERK, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Case No. 2:09-cv-00537-JES-SPC |
| | : |
| PEOPLE FOR THE ETHICAL | : |
| TREATMENT OF ANIMALS, | : |
| a Virginia not-for-profit corporation, | : |
| | : |
| Defendant. | : |
| | : |

### DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant hereby respectfully gives notice of the following supplemental authority in support of Defendant's Motion to Stay Discovery Pending Ruling on Dispositive Motions Barring This Action (Doc. 38, which relates to Motion for Summary Judgment Based Upon Judicial Estoppel, Doc. 37): *Isaac v. American Intercontinental University*, 2007 U.S. Dist. LEXIS 47409 (N.D.Ga. 2007) (court granted a stay and then sanctions against plaintiff for pursuit of claim because judicial estoppel works "to bar a debtor from asserting a claim that was not disclosed to the bankruptcy court," as established by the authority of the Eleventh Circuit).

Respectfully submitted,

FORD & HARRISON LLP


By: s/ Robert D. Hall, Jr.
Robert D. Hall, Jr.
Florida Bar No. 186760
rhall@fordharrison.com

For the firm

101 East Kennedy Boulevard
Suite 900
Tampa, Florida 33602-5133
Telephone: (813) 261-7800
Facsimile: (813) 261-7899


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 9, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to:

Jose Font
Evan A. Zuckerman
Vernis & Bowling of Broward, P.A.
First Floor
5821 Hollywood Blvd.
Hollywood, FL 33021


s/ Robert D. Hall, Jr.
Attorney

TAMPA:283315.1