UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROBERT E. TARDIF, JR., as Trustee for Jason Yerk,

           Plaintiff,

-vs-                                                  Case No. 2:09-cv-537-FtM-29SPC

PEOPLE for the ETHICAL TREATMENT of ANIMALS, a Virginia not-for-profit corporation,

           Defendant.

_____

## **ORDER**

       This matter comes before the Court on the Plaintiff Robert Tardiff as trustee for Jason Yerk's Motion to Allow Appearance at Deposition by Video Conference (Doc. #98) filed on March 22, 2011. The Defendant, PETA filed its Response in Opposition and Motion for a Protective Order (Doc. # 99) on March 28, 2011. The Plaintiff has subsequently filed two Notices (Doc. # 100 & 101) stating that he was willing to re-notice and/ or reschedule the depositions at issue in these Motions. The Plaintiff also seeks to respond to the Defendant's Motion for a Protective Order. Given the nature of the dispute that has arisen over the depositions at issue here, the Court finds good cause to hold a hearing on the outstanding Motions.

    Accordingly, it is now

    **ORDERED:**

    (1) The Plaintiff has up to and including **Tuesday, April 5, 2011**, **at 12:00noon,** to file an expedited Response to the Defendant's Response and Motion for a Protective Order.

(2) The Parties shall appear before the undersigned for a hearing on the issues presented in their respective Responses and Motions on **Wednesday, April 6, 2011, 10:30am.** at the United States Courthouse and Federal Building, 2110 First Street, Courtroom 5D, Fort Myers, Florida 33901.

(3) **The Parties may appear via telephone**.  In order to appear via telephone the Parties must contact Leslie Hinton, Courtroom Deputy to the Honorable Sheri Polster Chappell, at **(239) 461-2068**, and provide the Court with a telephone number where they maybe reached at the set date and time of the hearing.

**DONE AND ORDERED** at Fort Myers, Florida, this   29th   day of March, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record