UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROBERT E. TARDIF, JR., as Trustee for Jason
Yerk,

          Plaintiff,

-vs-                              Case No.  2:09-cv-537-FtM-29SPC

PEOPLE for the ETHICAL TREATMENT of
ANIMALS, a Virginia not-for-profit corporation,

          Defendant.
_____

**ORDER**

      This matter comes before the Court on the Plaintiff, Robert E. Tardiff, Jr. as Trustee for Jason Yerk's Motion for Extension of Time to Disclose Expert Witness Report (Doc. #118) filed on April 14, 2011.  To accommodate the Defendant, the Plaintiff also moves the Court for extra time for the Defendant to file its expert report.

      District courts have broad discretion in managing their cases. Chrysler Int'l Corp. v. Chenaly, 280 F.3d 1358, 1360 (11th Cir. 2002). The broad discretion given to the court includes the management of pretrial activities such as discovery and scheduling. Id. (citing Johnson v. Bd. of Regents of Univ. Georgia, 263 F.3d 1234, 1269 (11th Cir. 2001).

      The Plaintiff states that he needs the extra time in order to depose the Lee County Sheriff's Office human resources representative, Heidi "Dawn" Heikkila.  Heikkila's deposition was previously scheduled for March 25, 2011, but was cancelled when the Counsel for the LCSO, Barry Hillmyer, informed the Plaintiff that it would take at least three people to provided the information

he was seeking from Heikkila. The Plaintiff states the human resources information is needed for the Plaintiff's expert economist to prepare his report.

Given the issues surrounding the completion of discovery in this case, the Court finds good cause to grant the enlargement of time for both parties.

Accordingly, it is now

**ORDERED:**

The Plaintiff, Robert E. Tardiff, Jr. as Trustee for Jason Yerk's Motion for Extension of Time to Disclose Expert Witness Report (Doc. #118) is **GRANTED**.

(1) The Plaintiff Robert E. Tardiff, Jr. as Trustee for Jason Yerk has up to and including **May 18, 2011**, to file their expert report.

(2) The Defendant PETA has up to and including **June 18, 2011**, to file their expert reports.

**DONE AND ORDERED** at Fort Myers, Florida, this ___19th___ day of April, 2011.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record