**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

ROBERT E. TARDIF, JR., as Trustee for Jason Yerk,

            Plaintiff,

-vs-                                               Case No.  2:09-cv-537-FtM-29SPC

PEOPLE for the ETHICAL TREATMENT of ANIMALS, a Virginia not-for-profit corporation,

            Defendant.
_____

## ORDER

This matter comes before the Court on Motion to Appear Pro Hac Vice (Doc. #154) filed on August 12, 2011.  Patricia G. Griffith, of the law firm Ford and Harrison LLP, 271 17th Street N.W., Suite 1900, Atlanta, Georgia 30363, moves the Court for permission to appear pro hac vice on behalf of the Defendant.  Attorney Griffith is a member in good standing with the State Bar of Georgia.  Further, Robert D. Hall, Esq., and Shannon L. Kelly, Esq., of the law firm Ford and Harrison, LLP, 101 E. Kennedy Boulevard, Suite 900, Tampa, Florida 33602, has agreed to act as local Counsel in this matter.  Having considered the motion, the Court finds good cause and will grant permission to appear pro hac vice on behalf of the Defendants.

Accordingly, it is now

**ORDERED:**

(1) The Motion to Appear Pro Hac Vice (Doc. #154) is **GRANTED**.  Patricia G. Griffith, of the law firm Ford and Harrison LLP, 271 17th Street N.W.,  Suite 1900, Atlanta, Georgia 30363, shall be admitted pro hac vice on behalf of the Defendants.

(2)   Robert D. Hall, Esq., and Shannon L. Kelly, Esq., of the law firm Ford and Harrison, LLP, 101 E. Kennedy Boulevard, Suite 900, Tampa, Florida 33602, shall be designated local Counsel in this matter.

(3)   If Counsel has not already done so, within **eleven (11) days** from the date of the Order, Counsel shall pay the $10.00 filing fee along with the application for special admission to practice which can be found on www.flmd.uscourts.gov.

(4)   Unless already completed, within **eleven (11) days** from the date of the Order, Counsel shall register for CM/ECF. Failure to register may cause the Court to revoke its permission to appear specially without further notice.

**DONE AND ORDERED** at Fort Myers, Florida, this   16th   day of August, 2011.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record