UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**ROBERT E. TARDIF, JR.,** as Trustee for Jason Yerk,

        Plaintiff,

-vs-　　　　　　　　　　　　　　　　　　　　　　　　Case No.  2:09-cv-537-FtM-29SPC

**PEOPLE for the ETHICAL TREATMENT of ANIMALS,**
a Virginia not-for-profit corporation,

        Defendant.
_____

| JUDGE | John E. Steele | DATE AND TIME | January 25, 2012 |
|---|---|---|---|
| DEPUTY CLERK | Brenda M. Alexander | TAPE/REPORTER | Joy Stancel, OCR |
| COUNSEL/PLTF. | Jose Font<br>Evan Zuckerman | COUNSEL/DEFT. | Patricia Griffith<br>Robert Hall<br>Phil Hirschkop |

### CLERK'S MINUTES

### JURY TRIAL DAY ONE

| | |
|---|---|
| 9:30 | The Court and counsel discuss trial issues<br>Plaintiff Exhibits 4, 5, 6, 7, 8, 9, 10, 14, 16, 17 are pre-admitted for trial.   Defendant Exhibits D through W, and NN, OO, are pre-admitted for trial purposes.<br>Count 5 is dismissed |
| 10:30 | Voir dire examination |
| 12:30 | Luncheon recess |
| 1:35 | Sidebar |
| 1:40 | A jury of eight duly sworn<br>Preliminary instructions given to the Jury by the Court |
| 1:45 | Opening statement by plaintiff |
| 2:30 | Opening statement by defendant |

`         **PLAINTIFF WITNESSES:**

| | |
|---|---|
| 3:03 | Daphna Nachminoritch |
| 3:30 | Jury excused from the courtroom<br>Recess |
| 3:45 | Juror No. 2 questioned outside the presence of the Jury |
| 3:55 | Daphna Nachminoritch (resumed) |
| 4:45 | Proceedings adjourned to January 26, 2012 at 9:00 a.m. |