**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**ROBERT E. TARDIF, JR., as Trustee for Jason Yerk,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No.  2:09-cv-537-FtM-29SPC

**PEOPLE for the ETHICAL TREATMENT of ANIMALS,**
**a Virginia not-for-profit corporation,**

        **Defendant.**

_____

| JUDGE | John E. Steele | DATE AND TIME | January 26, 2012 |
|---|---|---|---|
| DEPUTY CLERK | Brenda M. Alexander | TAPE/REPORTER | Joy Stancel, OCR |
| COUNSEL/PLTF. | Jose Font<br>Evan Zuckerman | COUNSEL/DEFT. | Patricia Griffith<br>Robert Hall<br>Phil Hirschkop |

**CLERK'S MINUTES**

**JURY TRIAL DAY TWO**

**PLAINTIFF WITNESSES:**

    9:00        **Daphna Nachminoritch (resumed)**
   11:50       **Kathryn Rairden**
   12:25       **Luncheon recess**
    1:30        **Kathryn Rairden (resumed)**
    3:30        **Recess**
    3:45        **Kathryn Rairden (resumed)**
    5:15        **Proceedings adjourned to January 27, 2012 at 9:00 a.m.**