**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**ROBERT E. TARDIF, JR., as Trustee for Jason Yerk,**

        **Plaintiff,**

-vs-                                                                                   Case No.  2:09-cv-537-FtM-29SPC

**PEOPLE for the ETHICAL TREATMENT of ANIMALS,**
**a Virginia not-for-profit corporation,**

        **Defendant.**

| JUDGE | John E. Steele | DATE AND TIME | January 27, 2012 |
|---|---|---|---|
| DEPUTY CLERK | Brenda M. Alexander | TAPE/REPORTER | Joy Stancel, OCR |
| COUNSEL/PLTF. | Jose Font<br>Evan Zuckerman | COUNSEL/DEFT. | Patricia Griffith<br>Robert Hall<br>Phil Hirschkop |

**CLERK'S MINUTES**

**JURY TRIAL DAY THREE**

**PLAINTIFF WITNESSES:**

| | |
|---|---|
| 9:00 | Kathryn Rairden (resumed) |
| 10:35 | Recess |
| 10:50 | Kathryn Rairden (resumed) |
| 12:40 | Luncheon recess |
| 1:45 | Travis R. Jelly |
| 3:00 | Rosemary A. Wilson |
| 3:50 | Jason Yerk |
| 4:45 | Proceedings adjourned to January 31, 2012 at 9:00 a.m. |