UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**ROBERT E. TARDIF, JR., as Trustee for Jason Yerk,**

        **Plaintiff,**

-vs-                                                      Case No.  2:09-cv-537-FtM-29SPC

**PEOPLE for the ETHICAL TREATMENT of ANIMALS,**
**a Virginia not-for-profit corporation,**

        **Defendant.**
_____

| JUDGE | John E. Steele | DATE AND TIME | January 31, 2012 |
|---|---|---|---|
| DEPUTY CLERK | Brenda M. Alexander | TAPE/REPORTER | Joy Stancel, OCR |
| COUNSEL/PLTF. | Jose Font<br>Evan Zuckerman | COUNSEL/DEFT. | Patricia Griffith<br>Robert Hall<br>Phil Hirschkop |

**CLERK'S MINUTES**

**JURY TRIAL DAY FOUR**

**PLAINTIFF WITNESSES:**

  9:00          Jason Yerk  (resumed)
10:30          Recess
10:45          Jason Yerk  (resumed)
12:15          Luncheon recess
  1:15          Jason Yerk  (resumed)
  3:25          Christina N. Weeless
  5:30          Jury excused
                  Proceedings adjourned to February 1, 2012 at 9:00 a.m.