**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**ROBERT E. TARDIF, JR., as Trustee for Jason Yerk,**

        **Plaintiff,**

-vs-                                                                              Case No. 2:09-cv-537-FtM-29SPC

**PEOPLE for the ETHICAL TREATMENT of ANIMALS,**
a Virginia not-for-profit corporation,

        **Defendant.**

_____

| JUDGE | John E. Steele | DATE AND TIME | February 1, 2012 |
|---|---|---|---|
| DEPUTY CLERK | Brenda M. Alexander | TAPE/REPORTER | Joy Stancel, OCR |
| COUNSEL/PLTF. | Jose Font<br>Evan Zuckerman | COUNSEL/DEFT. | Patricia Griffith<br>Robert Hall<br>Phil Hirschkop |

**CLERK'S MINUTES**

**JURY TRIAL DAY FIVE**

**PLAINTIFF WITNESSES:**

| | |
|---|---|
| 9:05 | Kristin Simon |
| 11:40 | Matthew Bonsall |
| 12:00 | Luncheon recess |
| 1:00 | The Court and counsel discuss trial issues |
| 1:20 | Dawn Marie Heikkala |
| 2:00 | Plaintiff rested |
| | Jury excused from the courtroom |
| | Rule 50 Motions made by defense counsel, which were denied for the reasons stated on the record |

**DEFENSE WITNESSES:**

| | |
|---|---|
| 3:20 | Jeffrey A. Trusal |
| 4:20 | Defense rested |
| | Plaintiff rested |
| 4:30 | Jury excused for the day |
| | Rule 50 Motion by plaintiff denied for the reasons stated on the record |
| | All motions renewed by the defendant which were denied for the reasons stated on the record |
| | Charge conference between Court and counsel |
| 6:50 | Proceedings adjourned to February 2, 2012 at 9:00 a.m. |