UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**ROBERT E. TARDIF, JR.,** as Trustee for Jason Yerk,

        Plaintiff,

-vs-                              Case No. 2:09-cv-537-FtM-29SPC

**PEOPLE for the ETHICAL TREATMENT of ANIMALS,**
a Virginia not-for-profit corporation,

        Defendant.

| JUDGE | John E. Steele | DATE AND TIME | February 2, 2012<br>9:00 a.m. - 11:10 p.m. |
|---|---|---|---|
| DEPUTY CLERK | Brenda M. Alexander | TAPE/REPORTER | Joy Stancel, OCR |
| COUNSEL/PLTF. | Jose Font<br>Evan Zuckerman | COUNSEL/DEFT. | Patricia Griffith<br>Robert Hall<br>Phil Hirschkop |

**CLERK'S MINUTES**

**JURY TRIAL DAY SIX**

| | |
|---|---|
| 9:00 | Objections by defendant to the jury instructions |
| 9:10 | Jury present |
| 9:13 | Closing argument by plaintiff |
| 10:53 | Closing argument by defendant |
| 11:59 | Rebuttal argument by plaintiff |
| 12:17 | Luncheon recess |
| 1:15 | Counsel review exhibits |
| 1:25 | Court's Charge to the Jury |
| 2:10 | Jury exits the courtroom to begin deliberations |
| 4:40 | Jury Note (Court's Exhibit No. 1) |
| 7:40 | (Dinner ordered for Jury, at their request) |
| 9:20 | Jury Note (Court Exhibit No. 2) |
| 10:40 | Jury Note (Court Exhibit No. 3) |
| 10:55 | Jury Verdict: In favor of the plaintiff in the amount of $155,000<br>Jury polled by the Court<br>Jury excused for the month |